UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY OAXACA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.<br>_____ / | CASE NO. 1:12-cv-00634-SMS<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO FOLLOW A COURT ORDER<br><br>(Doc. 7) |

On May 17, 2012, this Court dismissed Plaintiff's first amended complaint for failure to state a claim. The May 17, 2012 Order granted Plaintiff leave to file an second amended complaint within thirty (30) days. In the event that Plaintiff failed to timely file a second amended complaint, the case was to be dismissed with prejudice.

Plaintiff having failed to file a second amended complaint within thirty days of the May 17, 2012 Order, it is hereby ORDERED that this case be dismissed with prejudice for failure to follow a Court order.

IT IS SO ORDERED.

**Dated:   June 27, 2012**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE